## People of State of Illinois, Appellee, v. Gold Star Line, Appellant.

**Gen. No. 44,063.**

opinion filed June 25, 1947; released for publication July 18, 1947. WILLIAM A. LEOPOLD, for appellant; Charles D. Snewind, of counsel; George F. Barrett, Attorney General, for appellee; William C. Wines, James C. Murray and Raymond S. Sarnow, Assistants Attorney General, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.